# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2021

Bridget M. McCormack,
Chief Justice

162498(62)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

WELLS FARGO VENDOR FINANCIAL
SERVICES, LLC,
          Plaintiff-Appellee,

v

THE WORD NETWORK OPERATING
COMPANY, INC., CHURCH OF THE
WORD, and ADELL BROADCASTING
CORPORATION,
          Defendants-Appellants,
and

COMERICA BANK,
          Defendant.
_____/

SC: 162498
COA: 348998
Oakland CC: 2018-163474-CB

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 2, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2021



Clerk